## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____
|                                          :
CEMENT MASONS UNION                        :
LOCAL NO. 592, et al.,                     :     CIVIL ACTION
                                           :
                     Plaintiffs,           :
                                           :
          v.                               :     No.  13-3002
                                           :
MICHAEL LUKIS,                             :
                                           :
                     Defendant.            :
_____:

## O R D E R

**AND NOW**, this   7th     day of January, 2014, upon consideration of Defendant's

"Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6), or in the Alternative,

Motion for Summary Judgment Pursuant to Rule 56" (Doc. 4), and Plaintiffs' Response in

Opposition (Doc. 5), it is hereby **ORDERED** that said Motion is **DENIED**.


                              BY THE COURT:


                              /s/ Robert F. Kelly_____
                              ROBERT F. KELLY
                              SENIOR JUDGE